UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ------------------------------------------------<br>HOFFMANN-LA ROCHE INC.,<br><br>                Plaintiff,<br><br>v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>                Defendants.<br>------------------------------------------------ | Civil Action No. 07-4417 (SRC) (MAS)<br>Civil Action No. 08-3065 (SRC) (MAS)<br>Civil Action No. 08-4053 (SRC) (MAS)<br>(consolidated with 07-4417 for all purposes)<br><br>**ORDER** |
| ------------------------------------------------<br>HOFFMANN-LA ROCHE INC.,<br><br>                Plaintiff,<br><br>v.<br><br>COBALT PHARMACEUTICALS INC.,<br>and COBALT LABORATORIES, INC.,<br><br>                Defendants.<br>------------------------------------------------ | Civil Action No. 07-4539 (SRC) (MAS)<br>Civil Action No. 07-4540 (SRC) (MAS)<br>Civil Action No. 08-4054 (SRC) (MAS)<br>(consolidated with 07-4539 for all purposes) |

**CHESLER**, **U.S.D.J.**

      This matter comes before the Court on the motion for summary judgment, pursuant to Federal Rule of Civil Procedure 56, that Defendants infringe the '814 patent by Plaintiff Hoffman-La Roche Inc. ("Roche"), against Defendants Cobalt Pharmaceuticals Inc. and Cobalt Laboratories, Inc. (collectively, "Cobalt") and Apotex Inc. and Apotex Corp. (collectively, "Apotex"); and the Court having considered the parties' submissions; and for the reasons stated in the accompanying Opinion, and good cause appearing

      **IT IS** on this 24th day of August, 2010,

      **ORDERED** that Roche's motions for summary judgment (Docket Entry No. 185 in Civil

Action No. 07-4417 and Docket Entry No. 241 in Civil Action No. 07-4539) are **GRANTED**, and Judgment on Roche's claim for infringement of the '814 patent is hereby entered in favor of Roche and against all Defendants, in all the above-cited cases.

                                                s/ Stanley R. Chesler
                                          Stanley R. Chesler, U.S.D.J.